# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Clifford Valisto**; DOB: 1960; United States | DOCKET NO 23-07493MJ |
| | MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 19, 2023, in the District of Arizona, **Clifford Valisto**, knowing or in reckless disregard that certain aliens, including Alex Perez-Mejia and Edgar Mejia-Cuyuch, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about July 19, 2023, in the District of Arizona (Three Points), a United States Border Patrol Agent (BPA) was conducting immigration inspections at a Border Patrol checkpoint when a 1998 Ford F-150 approached. Before questioning, the driver later identified as **Clifford Valisto** blurted out that everyone inside the vehicle were citizens. The BPA observed four people wearing yellow vests in the backseat and two people wearing yellow vests in the front seat. The BPA asked a passenger his citizenship. The person did not answer and looked straight ahead. The BPA observed a front seat passenger holding a construction hat over what appeared to be a camouflage backpack. The vehicle was referred to the secondary inspection area. The six passengers, including Alex Perez-Mejia and Edgar Mejia-Cuyuch, were determined to be Guatemalan citizens illegally present in the United States.

Records checks revealed that Alex Perez-Mejia and Edgar Mejia-Cuyuch did not have the proper immigration documentation to enter or remain in the U.S. legally.

Material witness Alex Perez-Mejia stated that he is a citizen of Guatemala and his father had arranged for him to be smuggled into the United States for 150,000 Guatemalan Quetzals. Perez crossed the International Boundary Fence (IBF) as part of a group that included a foot guide. The group walked for 15 to 20 minutes to a white Ford pickup truck that was waiting. A passenger exited and told the group to get in. Seven people got into the bed and three into the cabin. The group was taken to a mobile home and Perez took a nap for at least 45 minutes. When he awoke, he was rushed and told to hurry up and get into a vehicle. Two trucks were outside, and the group was divided into groups of six and four. Perez got into the same white truck that picked him up before and noticed the driver smelled and appeared intoxicated. Perez said they drove for approximately 30 minutes with the driver swerving the entire time and appearing to be falling asleep. At the checkpoint the driver instructed the group to claim they were from a specific place. Perez said the group could not understand what he was saying. The occupants of the vehicle were later arrested. **Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Alex Perez-Mejia and Edgar Mejia-Cuyuch

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/s/ John H.*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Jacqueline M. Rateau* | DATE<br>July 20, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from the previous page:**

23-07493MJ

Material witness Edgar Mejia-Cuyuch stated that he is a citizen of Guatemala and had arranged to be smuggled into the United States for 150,000 Guatemalan Quetzals. Mejia crossed the IBF as part of a group of ten. The group was instructed to walk to a certain point using Google maps and a white vehicle would pick them up. After walking for 30 minutes, the group arrived at a road and white pickup truck stopped at their location. Mejia said the group got in and the driver appeared to be intoxicated with a strong smell of alcohol. The driver drove from one side of the road to the other and came to a stop at a Border Patrol checkpoint. The occupants of the vehicle were questioned and arrested by BPAs.